United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REY SALAZAR, et al.,

Plaintiffs,

v.

CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD., et al.,

Defendants.

Case No. 5:26-cv-09548-EKL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S Gilliam, Jr. for consideration of whether the case is related to *Daybreak Express, Inc. v. China International Marine Containers (Group) Co., Ltd. et al.*, Case No. 4:26-cv-05571.

**IT IS SO ORDERED.**

Dated: September 23, 2026

EUMI K. LEE
United States District Judge